**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-1243**

———————

EDDIE E. SUTHERLAND,

         Plaintiff - Appellant,

    v.

COMMISSIONER OF SOCIAL SECURITY,

         Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Danville. Jackson L. Kiser, Senior District Judge. (4:08-cv-00006-jlk-bwc)

———————

Submitted: April 26, 2010          Decided: May 5, 2010

———————

Before WILKINSON, NIEMEYER, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joel C. Cunningham, Jr., JOEL C. CUNNINGHAM, JR., P.C., Halifax, Virginia, for Appellant. Eric P. Kressman, Brian O'Donnell, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, Beverly H. Zuckerman, Special Assistant United States Attorney, Philadelphia, Pennsylvania, Julia C. Dudley, United States Attorney, Sara Bugbee Winn, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Sutherland appeals the district court's order granting summary judgment to the Commissioner and upholding the denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sutherland v. Commissioner, No. 4:08-cv-00006-jlk-bwc (W.D. Va. Feb. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED